bencruzind

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG - 1 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BEN JOE PEREZ CRUZ,<br><br>Defendant. | CRIMINAL CASE NO. 07-00071<br><br>**INDICTMENT**<br><br>**THEFT OF GOVERNMENT PROPERTY**<br>[18 U.S.C. § 641] (Count I)<br>**RECEPTION OF STOLEN GOVERNMENT PROPERTY**<br>[18 U.S.C. § 641] (Count II)<br>**ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY**<br>[18 U.S.C. § 1382] (Count III) |

THE GRAND JURY CHARGES:

**COUNT I - THEFT OF GOVERNMENT PROPERTY**

Beginning on or about January 2007 and continuing up to on or about February 2007, in the District of Guam, the defendant, BEN JOE PEREZ CRUZ, willfully and knowingly, did steal and purloin United States currency and property from the Navy Exchange, Guam, of the value of approximately $3,349.98, property of the United States, in violation of Title 18, United States Code, Section 641.

**COUNT II - RECEPTION OF STOLEN GOVERNMENT PROPERTY**

On or about February 2007, in the District of Guam, the defendant, BEN JOE PEREZ CRUZ, willfully and knowingly, did receive, conceal and retain stolen property of the United

States, that is, United States property from the Navy Exchange, Guam, of the value of less than $1,000, with intent to convert said property to his own use, the defendant, BEN JOE PEREZ CRUZ, then knowing said property to have been stolen, in violation of Title 18, United States Code, Section 641.

**COUNT III - ENTERING MILITARY, NAVAL OR COAST GUARD PROPERTY**

Beginning on or about January 2007 and continuing up to on or about February 2007, in the District of Guam, the defendant, BEN JOE PEREZ CRUZ, went upon a United States military reservation, to wit, U.S. Naval Base Guam, for a purpose prohibited by law, that is, intending to engage in conduct in violation of Title 18, United States Code, Section 641, in violation of Title18, United States Code, Section1382.

DATED this 1 day of August 2007.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney

Approved:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

- 2 -

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-0071**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__  Matter to be sealed: ____ Yes __x__ No

Defendant Name ___BEN JOE PEREZ CRUZ___

Alias Name _____

Address _____

___Tamuning, Guam___

Birthdate _Xx/xx/1981_ SS# _xxx-xx-9870_ Sex _M_ Race _PI_ Nationality _Chamorro_

**U.S. Attorney Information:**

SAUSA __Ryan M. Anderson__

**Interpreter:** __X__ No ___Yes  List language and/or dialect: _____

**RECEIVED AUG -1 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __3__ ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 641 | Theft of Government Property | 1 |
| Set 2 | 18 USC 641 | Reception of Stolen Government Property | 2 |
| Set 3 | 18 USC 1382 | Entering Military, Naval Or Coast Guard Property | 3 |
| Set 4 | | | |

(May be continued on reverse)

Date: __7/24/07__ Signature of AUSA: _[signature]_