AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| BEN JOE PEREZ CRUZ | Case Number: CR-07-00071 |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam | |
| 3rd Floor, U.S. Courthouse, 520 West Soledad Avenue | |
| Hagatna, Guam 96910 | Date and Time |
| Before: MAGISTRATE JUDGE JOAQUIN V.E. MANIBUSAN, JR. | Friday August 10, 2007 at 2:00 p.m. |

To answer a(n)
X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ **Violation Notice**

**Charging you with a violation of** _____ **United States Code, Section(s)** _____

**Brief description of offense:**

> Count I  - THEFT OF GOVERNMENT PROPERTY, 18 U.S.C. § 641
> Count II - RECEPTION OF STOLEN GOVERNMENT PROPERTY, 18 U.S.C. §641
> Count III - ENTERING MILITARY, NAVAL, or COAST GUARD PROPERTY, 18 U.S.C. 1328

**FILED**
DISTRICT COURT OF GUAM

AUG - 8 2007

JEANNE G. QUINATA
**Clerk of Court**

WALTER M. TENORIO, Deputy Clerk
Name and Title of Issuing Officer                                    Signature of Issuing Officer

August 1, 2007
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me | 8/3/07 |

## Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:
USMS - Hagatna, G—

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned ___8/3/07___
Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.