1
2
3
4
5
6
7
8

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

9
10  UNITED STATES OF AMERICA,                    CRIMINAL CASE NO. 07-00071

11                          Plaintiff,

12              vs.                                TRIAL ORDER

13  BEN JOE PEREZ CRUZ,

14                          Defendant.

15

16          IT IS HEREBY ORDERED that the trial for the defendant  in this matter is set for

17  **October 8, 2007** at **9:30 a.m.**  Pretrial motions shall be filed no later than September 17, 2007.

18          IT IS FURTHER ORDERED that the following be filed or lodged with this Court no

19  later than October 1, 2007 (seven calendar days prior to trial):

20          1)      Proposed jury voir dire questions;

21          2)      An original and one copy of the exhibit list - (Government's
                    exhibits numbered; Defendant's exhibits lettered);
22
23          3)      Three complete sets of marked and tabbed exhibits in three-
                    ring binders.  A copy of the Exhibit List shall be included
                    in each three-ring binder.  The parties shall meet and confer
24                  sufficiently in advance of trial and formulate a set of joint
                    exhibits, if possible, to eliminate duplicate exhibits. Those
25                  exhibits upon which agreement cannot be reached shall be
                    submitted separately by each respective party;
26
27          4)      Any documents to be used in the examination of witnesses,
                    but not to be introduced into evidence, such as police
                    reports, investigative reports or witness statements - (one
28                  copy must be lodged with the Court);

5)  Proposed verdict forms;

6)  An original and one copy of witness lists for purposes of voir dire only - (Witness lists shall include:  legal names, aliases, nicknames, place of residence and place of employment); and

7)  Proposed jury instructions - (Those jury instructions upon which an agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefor of each party).

IT IS FURTHER ORDERED THAT:

1)  If additional witnesses are to be called or additional exhibits are to be submitted, an original and one copy of a supplemental witness list or a supplemental exhibit list must be filed with the Court. Additionally, three copies of pre-marked supplemental exhibits must be lodged with the Court prior to their use at trial.  The three copies of the pre-marked exhibits must have three holes punched on the left-hand side so that they can be easily inserted in the three-ring exhibit binders previously submitted by the parties.

2)  If during the course of the trial, additional documents will be used in the examination of witnesses, but not introduced into evidence, one copy of each document shall be lodged with the Court prior to its use at trial.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Aug 10, 2007**