# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## CHANGE OF PLEA

CASE NO.: CR-07-00071-001                    DATE: October 01, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori                Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 1:50:11 - 1:51:41
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Ben Joe Perez Cruz              Attorney: Rawlen Mantanona
DEFENDANT NOT PRESENT                          Present    Retained    FPD    CJA
    Present    Custody    Bond    P.R.

U.S. Attorney: Ryan Anderson                U.S. Agent:
U.S. Probation: Maria Cruz                   U.S. Marshal: D. Punzalan
Interpreter:                                 Language:

**PROCEEDINGS: Change of Plea**
- Proceedings continued to: October 4, 2007 at 8:30 a.m.

NOTES: