# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00071  DATE: October 04, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 8:54:54 - 9:11:53; 9:24:48 - 9:30:06
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Ben Joe Perez Cruz  Attorney: Rawlen Mantanona
☑ Present ☐ Custody ☐ Bond ☑ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Ryan Anderson  U.S. Agent:
U.S. Probation: Stephen Guilliot  U.S. Marshal: D. Punzalan / V. Roman
Interpreter:  Language:

**PROCEEDINGS: Change of Plea**
- Defendant reasserted his innocence and requested the court to set the matter for trial. His oral request for a brief continuance from the October 8 trial date was granted.
- Trial set for: October 16, 2007 at 9:30 A.M.
- Pretrial documents due: October 9, 2007
- Defendant released as previously ordered by this Court.

NOTES: