CABOT
MANTANONA LLP
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



**FILED**
DISTRICT COURT OF GUAM
OCT - 9 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BEN JOE PEREZ CRUZ ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. 07-00071 <br><br> **STIPULATED MOTION TO CONTINUE TRIAL AND EXCLUDING TIME** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant's Trial presently scheduled for October 16, 2007, at 9:30 a.m., as well as the related filing dates be continued for approximately three weeks, or a date convenient for the Court's calendar.

The parties request this continuance in light of the Defendant's decision to withdraw his plea and to allow defense counsel to conduct further review of the voluminous discovery and conduct the necessary investigation and research for trial. The parties also wish to further negotiate the non-trial disposition of this matter.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time period beginning and including October 9, 2007, to and including the new trial date of _____, 2007, be excluded from the computations required

by the Speedy Trial Act, 18 U.S.C. § 3161.

Mr. Cruz has been consulted with and fully agrees with the proposed continuance.

Therefore, for the reasons set forth in this stipulation, the parties respectfully submit that this continuance is in Mr. Cruz's best interests, furthers judicial economy and efficiency and is in society's best interests. Thus, the ends of justice are best served by this proposed continuance.

IT IS SO STIPULATED:

DATED: Tamuning, Guam, October 9, 2007.

| | |
|---|---|
| **CABOT MANTANONA LLP** *Attorneys for Ben Joe Perez Cruz* | UNITED STATES OF AMERICA *Special Assistant U.S. Attorney* |
| _____ FOR RAWLEN M. T. MANTANONA | _____ RYAN M. ANDERSON |

JVRA:scc
G:\Stacy\active clients\Cruz, Ben J.P\Stipulated Motion to Continue Trial and Excluding Time.doc