**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00071 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| BEN JOE PEREZ CRUZ | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court reviewed the Stipulated Motion submitted by Defendant.

The Court finds good cause appearing for the requested relief, and accordingly

IT IS HEREBY ORDERED THAT:

The Trial date currently set for October 16, 2007 at 9:30 a.m., be moved to November 13, 2007, at 9:30 a.m.

IT IS ALSO SO ORDERED, based on the above-referenced motion, that the time between October 9, 2007 and November 13, 2007, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and that the ends of justice are best served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, 18 U.S.C. § 3161.

SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
     **Chief Judge**
     **Dated: Oct 10, 2007**