LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00071 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER TO DISMISS** |
| vs. ) | **THE INDICTMENT** |
| ) | |
| BEN JOE PEREZ CRUZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The United States' Motion to dismiss the Indictment against defendant, BEN JOE PEREZ CRUZ, is hereby granted.

SO ORDERED

                                                               /s/ Frances M. Tydingco-Gatewood
                                                                  **Chief Judge**
                                                                **Dated: Oct 22, 2007**